UNITED STATES DISTRICT COURT
EASTER DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM A. MUNCK, ET AL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:14-cv-173 |
| | § | |
| DALLAS LACROSSE ACADEMY, LLC, ET AL, | § | |
| | § | |
| Defendants. | § | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' VENUE BRIEFING

Pursuant to the Court's Order Regarding Amended Complaint dated May 15, 2014 [Doc. 12], Dallas Lacrosse Academy, LLC, Kevin Barnicle, John Marano, Alexander Poole, Christopher Van Dorn, Robert Seebold and Steven Kravit ("Defendants") file this Defendants' Response To Plaintiffs' Venue Briefing.

After reviewing the Court's order, Plaintiffs' venue briefing and considering the relative proximity of the two venues, Defendants do not object to Plaintiffs' choice of venue.

    Respectfully submitted,

    KEY HARRINGTON BARNES
    A Professional Corporation

    By:/-s-/ F. Colin Durham, Jr._____
      F. Colin Durham, Jr.
      Texas Bar No. 00790616
      3710 Rawlins St. Suite 950
      Dallas, Texas 75219
      Telephone: 214.615.7919 (Durham)
      Facsimile: 214.615.7926
      cdurham@keyharrington.com

    ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 19th day of June, 2014, a true and correct copy of the foregoing document was served upon the counsel of record via first class mail in conformance with the Federal Rules of Civil Procedure:

Jamil N. Alibhai
Munk Wilson Mandala, LLP
12770 Coit Road, Suite 600
Dallas, Texas 75251

                                                /-s-/ F. Colin Durham, Jr.
                                                F. Colin Durham, Jr.