IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM A. MUNCK, SUZANNE T. MUNCK, AND WILLIAM P.J. MUNCK, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CASE NO. 4:14-cv-173 |
| DALLAS LACROSSE ACADEMY, LLC d/b/a COAST2COAST LACROSSE d/b/a C2C LACROSSE and d/b/a MAVERIK LACROSSE ACADEMY, JOHN A. MARANO, KEVIN BARNICLE, ALEXANDER POOLE, CHRISTOPHER VAN DORN, ROBERT SEEBOLD, and STEVEN KRAVIT, | § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**JOINT RULE 26(f) CONFERENCE REPORT**

Plaintiffs William A. Munck, Suzanne T. Munck, and William P.J. Munck ("Plaintiffs") and Defendants Dallas Lacrosse Academy, LLC d/b/a Coast2Coast Lacrosse d/b/a C2C Lacrosse and d/b/a Maverik Lacrosse Academy, John A. Marano, Kevin Barnicle, Alexander Poole, Christopher Van Dorn, Robert Seebold, and Steven Kravit ("Defendants") (collectively, the "parties") submit their Joint Rule 26(f) Conference Report ("Joint Report") in compliance with this Court's order entered on May 12, 2014 [Doc. 10] ("Order") and Federal Rules of Civil Procedure 16(b) and 26(f).

1. **Factual and Legal Description of the Case.**

    **A. Plaintiffs.**

    Plaintiffs have filed suit against Defendants for violations of the RICO statute, including through patterns of racketeering activity involving wire fraud, interference

with commerce by threats or violence, obstruction of justice, and conspiracy to violate RICO. *See* Plaintiffs' First Amended Complaint [Doc. 7]. Plaintiffs have filed suit to recover damages they have sustained as a result of Defendants' illegal acts and are seeking injunctive relief. Dismissal of Plaintiffs' First Amended Complaint is improper for the reasons set forth in Plaintiffs' Response [Doc. 13] and Sur-Reply [Doc. 18] to Defendants' Motion to Dismiss.

### B. Defendants.

Defendants deny the allegations asserted by Plaintiffs and contend that Plaintiffs' First Amended Complaint should be dismissed pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6) for the reasons set forth in *Defendants' Motion To Dismiss Plaintiffs' First Amended Complaint And Memorandum In Support Thereof* (Doc. 9).

### 2. Date of the Rule 26(f) Conference, Attendees, and Representative Status.

The parties held a conference to discuss the preparation of this Joint Report and other matters identified in the Order on June 17, 2014. The conference was conducted telephonically and was attended by: Jamil N. Alibhai and Jennifer Beth Ingram, counsel for Plaintiffs; and F. Colin Durham, Jr., counsel for Defendants.

### 3. Related or Pending Cases.

A related lawsuit is currently pending in the 393rd Judicial District Court of Denton County, Texas, styled *William P.J. Munck v. Dallas Lacrosse Academy, LLC d/b/a Coast2Coast Lacrosse d/b/a C2C Lacrosse and d/b/a Maverik Lacrosse Academy, John A. Marano, and Kevin Barnicle*, Cause Number 2013-60193-393. This lawsuit is in the discovery phase and has not been scheduled for trial.

### 4. Agreed Discovery/Case Management Plan.

The parties have agreed to a discovery/case management plan, as evidenced in the attached proposed Scheduling Order. Given the pending motion to dismiss, the parties are unable to agree on a deadline for amended pleadings. Plaintiffs propose an amended pleading deadline of December 5, 2014, while Defendants desire that the deadlines be governed by Fed.R.Civ.P.15.

The parties are currently negotiating a protective order for the Court's consideration. In the event the parties cannot agree on any terms of the protective order, the parties will submit competing provisions for the Court's consideration and determination.

The parties will discuss an order governing electronically stored information ("ESI") production and discovery for the Court's consideration. In the event the parties cannot agree on any terms of the ESI order, the parties will submit competing provisions for the Court's consideration and determination.

**5.     Proposed Date for Final Pretrial Conference.**

The parties agree and propose **July 6, 2015**, as the date for the Final Pretrial Conference.

**6.     Trial.**

The parties propose a jury selection date of **August 3, 2015**, and estimate that trial should last no longer than 5 business days.

**7.     Consent to Magistrate.**

The parties do not consent to trial before a magistrate judge.

**8.     Jury Demand.**

Plaintiffs have demanded a trial by jury.

Dated: July 3, 2014                                                    Respectfully submitted,

*/s/ Jennifer Beth Ingram*                                             */s/ F. Colin Durham, Jr.*
Jamil N. Alibhai                                                       F. Colin Durham, Jr.
Texas State Bar No. 00793248                                           Texas State Bar No. 00790616
jalibhai@munckwilson.com                                               cdurham@keyharrington.com
Jennifer Beth Ingram                                                   **KEY HARRINGTON BARNES, P.C.**
Texas State Bar No. 24038972                                           3710 Rawlins Street, Suite 950
jingram@munckwilson.com                                                Dallas, Texas 75219
Jessica L. Spaniol                                                     Telephone: 214.615.7919
Texas State Bar No. 24072360                                           Telecopier: 214.615.7926
jspaniol@munckwilson.com
**MUNCK WILSON MANDALA, LLP**                                          **COUNSEL FOR DEFENDANTS**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: 972.628.3600
Telecopier: 972.628.3616

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on all known counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on this 3rd day of July, 2014.

                                                                       */s /Jennifer Beth Ingram*
                                                                       Jennifer Beth Ingram

625744.