THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM A. MUNCK, SUZANNE T. MUNCK, and WILLIAM P.J. MUNCK, | § § § | |
| Plaintiffs, | § § | |
| vs. | § | CASE NO. 4:14-cv-173 |
| | § | |
| DALLAS LACROSSE ACADEMY, LLC d/b/a COAST2COAST LACROSSE d/b/a C2C LACROSSE and d/b/a MAVERIK LACROSSE ACADEMY, JOHN A. MARANO, KEVIN BARNICLE, ALEXANDER POOLE, CHRISTOPHER VAN DORN, ROBERT SEEBOLD, and STEVEN KRAVIT, | § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Jennifer Beth Ingram asks this Court to allow her withdrawal as attorney of record for Plaintiffs William A. Munck, Suzanne T. Munck, and William P.J. Munck ("Plaintiffs"). Good cause exists for Ms. Ingram to withdraw as counsel, as she will leave the employ of MUNCK WILSON MANDALA, LLP as of July 22, 2014, and will no longer represent Plaintiffs. Ms. Ingram requests that the Court allow her to withdraw as counsel of record and that MUNCK WILSON MANDALA, LLP, by and through Jamil N. Alibhai (Texas State Bar No. 00793248), remain as counsel of record for Plaintiffs. Therefore, Ms. Ingram's withdrawal will not have any material adverse effect on Defendants and is not taken for the purpose of delay.

Counsel for Defendants does not oppose Ms. Ingram's withdrawal.

WHEREFORE, Jennifer Beth Ingram respectfully requests that this Honorable Court grant this motion and enter an order granting her leave to withdraw as counsel for Plaintiffs.

Dated: July 17, 2014

Respectfully submitted,

By: */s/ Jennifer Beth Ingram*
Jennifer Beth Ingram
Texas State Bar No. 24038972
jingram@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
12770 Coit Road, Suite 600
Dallas, Texas 75251
Telephone: 972.628.3600
Telecopier: 972.628.3616

**WITHDRAWING COUNSEL FOR PLAINTIFFS WILLIAM A. MUNCK, SUZANNE T. MUNCK, AND WILLIAM P.J. MUNCK**

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that I conferred with F. Colin Durham, counsel for Defendants, by telephone and email on July 14, 2014, and he stated Defendants are unopposed to the relief requested herein. This motion is therefore presented to the Court as unopposed.

*/s/ Jennifer Beth Ingram*
Jennifer Beth Ingram

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was served on all known counsel of record via CM/ECF, in accordance with the Federal Rules of Civil Procedure, on this 17th day of July, 2014.

*/s/ Jennifer Beth Ingram*
Jennifer Beth Ingram

628420.