IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM A MUNCK, et al. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | Case No. 4:14cv173 |
| | § | |
| DALLAS LACROSSE ACADEMY, LLC, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan. The mediator assigned is Honorable Glen M. Ashworth (Ret.) JAMS, 8401 N. Central Expressway, Suite 610, Dallas, Texas 75225; (214) 744-5267. The mediation conference shall be conducted by the following date: **December 12, 2014**. The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

Upon completion of the mediation, the mediator shall submit a report to the presiding judge within five days of the completion of the mediation conference.

SO ORDERED.
SIGNED this 1st day of August, 2014.

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE